UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROBERT SILVA,**

    **Plaintiff,**

v.                                                                       Case No.  8:12-cv-847-T-30EAJ

**GEOVERA SPECIALTY INSURANCE COMPANY,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Dismiss and/or Motion to Compel Appraisal and to Stay or Abate Proceedings (Dkt. #4) and the Joint Stipulation for Appraisal (Dkt. #6).  Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.    The Joint Stipulation for Appraisal (Dkt. #6) is GRANTED, with either party being permitted to re-open this action and/or file a stipulated final judgment or order within 120 days of the date of this Order.

2.    The Clerk is directed to administratively CLOSE this case.

3.    Defendant's Motion to Dismiss and/or Motion to Compel Appraisal and to Stay or Abate Proceedings (Dkt. #4) is DENIED as moot.

**DONE** and **ORDERED** in Tampa, Florida on May 8, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2012\12-cv-847.close case.frm